Fill in this information to identify the case:
Debtor name: Tims Greenfield LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lipari<br>26661 Bunert Rd.<br>Warren, MI 48089 | Mike Plocinik<br><br>Mike_Plocinik@liparifoods.com<br>586-447-3500 | Trade debt | | | | $5,744.28 |
| Maple Lane Pest Control<br>6020 Chicago Rd.<br>Warren, MI 48092 | Kathy<br><br>mlpc123@yahoo.com<br>586-939-6810 | Trade debt | | | | $280.00 |
| Metro Carbonic<br>12620 Southfield Rd.<br>Detroit, MI 48223 | N Gregory Stoneback, R.A.<br><br>SALES@METROCARBONIC.COM<br>313-626-2662 | Trade debt | | | | $30.00 |
| Samco Facilities Maintenance<br>11878 Brookfield St.<br>Livonia, MI 48150 | Sam Saad<br><br>sams@samcofm.com<br>734-838-6300 | Repair & Maintenance | | | | $120.00 |
| Securatech<br>30201 Orchard Lake Rd., Ste. 109<br>Farmington, MI 48334 | Rudy Patros<br><br>rudy@securatech.com<br>877-929-2288 | Trade debt | | | | $115.50 |
| SI Midwest<br>3057 Steeplechase<br>Highland, MI 48357 | Mark Aichele<br><br>markaichele@comcast.net<br>810-223-8381 | Trade debt | | | | $1,119.36 |
| Tim Donut U.S. Limited, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Rent/Taxes | | | | $64,480.00 |

| Debtor | Tims Greenfield LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tim Hortons USA , Inc.<br>Tim Donut U.S. Limited, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Amounts sought in litigation | Contingent<br>Unliquidated<br>Disputed | | | $1,421,737.19 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Amounts sought in litigation | Contingent<br>Unliquidated<br>Disputed | | | $10,061,234.88 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Royalties/Fees | | | | $21,211.00 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Ad Fund | | | | $14,252.00 |
| US Foods<br>28001 Napier Rd.<br>Wixom, MI 48393 | Mike Trombley<br><br>michael.trombley@usfoods.com<br>248-735-1200 | Trade debt | | | | $847.00 |
| Wasch Raines, LLP<br>Crystal Corporate Center<br>2500 N. Military Trail, Ste. 100<br>Boca Raton, FL 33431 | Adam G. Wasch, Esq.<br><br>awasch@waschraines.com<br>561-693-3221 | Professional Services | | | | $42,134.96 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |